# EXHIBIT 2

**Claim Chart – U.S. Patent No. 12,036,174 – TheraFace PRO**

| U.S. Patent No. 12,036,174 | TheraFace PRO |
|---|---|
| 17. A treatment device, comprising: | The accused product is a treatment device:<br><br>**TheraFace PRO**<br><br>★★★★★ 66 Reviews<br><br>Award-winning, all-in-one skincare device<br><br>$399<br><br>**Benefits**   Description<br><br>• Firms skin and reduces fine lines and wrinkles with red LED light therapy<br>• Treats and helps reduce mild to moderate acne with blue LED light therapy<br>• Reduces dark spots and improves radiance with red+infrared LED light therapy<br>• Reduces tension and boosts circulation with facial massage |

| a body provided with a power source and a processing unit | The accused product has a body provided with a power source and a processing unit:  |
|---|---|

| | |
|---|---|
| configured to receive input data and generate a control signal based on the input data, | The accused product is configured to receive input data from the control buttons and generate a control signal to, *e.g.*, turn the accused product on, start percussive therapy, or turn on the LED ring, based on the input data:<br><br> |

| | |
|---|---|
| the body including a skin contacting surface maintainable against skin of a user by a force applied by a hand of the user when gripping the body; and | The accused product includes a body including a skin contacting surface maintainable against skin of a user by a force applied by a hand of the user when gripping the body:  |

| | |
|---|---|
| a first energy generator element and a second energy generator element coupled to the body, | The accused product has a <mark>first energy generator element</mark> (percussive therapy) and a <mark>second energy generator element</mark> (*e.g.*, infrared) coupled to the body:<br><br>  <br><br><br><br> |

| | |
|---|---|
| the first and second energy generator elements being independently operable to convert electricity from the power source into a first energy type and a second energy type, respectively | The accused product has first and second energy generator elements that are independently operable to convert electricity from the power source into a first energy type and a second energy type, respectively:<br><br>**Getting To Know Your TheraFace PRO Device**<br><br>**A** Power Button<br>  ◦ Powers the device ON / OFF<br><br>**B** Percussive Therapy Button<br>  ◦ Controls the Percussive Attachement<br><br>**C** Ring Button<br>  ◦ Controls the Attachment Ring<br><br>**D** Attachment Ring<br>  ◦ Magnetic connection to the device and can be removed by pulling<br>  ◦ All the Attachment Rings have only one correct position<br><br><br>**Using the TheraFace PRO**<br><br>Start by washing your face completely and rinse twice to remove residue. Allow skin to dry completely before starting treatment. Be sure to visit therabody.com for treatment protocols and instructional videos.<br><br>**Note:** The TheraFace PRO device will make a beeping sound every 15 seconds. This will help you track the time within each treatment and will also inform you if a treatment has been disconnected or is completed.<br>• 1 beep = timed feedback every 15 sec so you can time their protocols better<br>• 2 beeps = the LED, Microcurrent, Hot, or Cold treatment has been accidentally disconnected<br>• 3 beeps = the LED, Microcurrent, Hot, or Cold treatment is over<br><br>**A. Percussive Therapy Feature**<br>1. Select and attach the desired percussive therapy attachment<br>2. Once attached to the TheraFace PRO, turn ON the TheraFace PRO device by pressing the Power Button for 2 seconds.<br>3. Turn on the percussive feature by pressing the percussive button once.<br>4. To toggle between the 3 speed options (1750, 2100 and 2400 rpm), press the percussive button again.<br>5. To stop the percussive treatment, press the percussive button a third time.<br><br>**Note:** • Can be combined with the Cold Ring* – *(*Hot and Cold Rings sold separately)*<br>• Cannot be combined with the Microcurrent Ring, Hot Ring, LED Rings and Cleansing Ring<br><br>**B. LED Treatment**<br>1. The LED ring has 3 light therapy wavelength options: red, blue and red+infrared.<br>2. To start using the LED therapy mode, attach the LED ring to the TheraFace PRO device.<br>3. Turn ON the TheraFace PRO device by pressing the Power Button for 2 seconds.<br>4. Then, turn ON the LED ring by pressing the Attachment Ring button.<br>5. To toggle between light options (blue, red and red+infrared), press the Attachment Ring button again.<br>6. The TheraFace PRO LED ring has a proximity sensor system, and will only reach full light intensity (brightness) once the device is placed at the right distance from your face (0.5 inches), reducing glare in the interim. Avoid direct skin contact.<br>7. To turn off the LED ring, toggle to the Red+IR light mode and press the Attachment Ring Button one more time or power off the TheraFace PRO device by pressing the Power Button for 2 seconds.<br><br>Warning: Do not place the LED Ring directly on the skin. Keep the LED Ring approximately **0.5 inches** away from the skin. |

TheraFace PRO '174 Patent Claim Chart　　　6

| | |
|---|---|
| and direct the first and second energy types toward an area of skin, | The accused product directs the first and second energy types toward an area of skin,  |

| | |
|---|---|
| the first energy generator element including an impact generator element having a tissue contact surface that is linearly actuatable along an axis to contact and cause corresponding physical movement of the area of skin; | The accused product includes a first energy generator element including an impact generator element having a tissue contact surface that is linearly actuatable along an axis to contact and cause corresponding physical movement of the area of skin:  |

| | |
|---|---|
| wherein the processing unit is operable to output an optical signal on a display that is observable by eyes of the user, the output corresponding to the control signal. | The accused product has a processing unit that is operable to output an optical signal on a display that is observable by eyes of the user, the output corresponding to the control signal:  |