# EXHIBIT 3

**Claim Chart – U.S. Patent No. 12,036,174 – TheraFace PRO with Cold Ring**

| U.S. Patent No. 12,036,174 | TheraFace PRO with Cold Ring |
|---|---|
| 17. A treatment device, comprising: | The accused product is a treatment device:<br><br>**The Complete TheraFace Bundle**<br>The ultimate TheraFace PRO experience<br><br>$498<br><br>As low as 4 interest-free payments or $42/mo with affirm. Learn more<br><br>Get the most customization possible out of our TheraFace PRO facial health device with this best-selling set. Now you'll get all of the facial treatments included with the device, plus the popular Hot and Cold Rings — unlocking the full power of TheraFace PRO to provide 8 treatments in 1. This is the ultimate facial health routine, providing the rejuvenating, toning benefits of treatments like microcurrent and LED light therapy, along with the added benefits of the Hot and Cold Rings to relieve minor facial pain and decrease inflammation.<br><br>Includes TheraFace PRO device with all included treatments, plus a set of Hot and Cold Rings. See specifications. Items in set may ship separately. |

| a body provided with a power source and a processing unit | The accused product has a body provided with a power source and a processing unit:  |
|---|---|

| | |
|---|---|
| configured to receive input data and generate a control signal based on the input data, | The accused product is configured to receive input data from the control buttons and generate a control signal to, *e.g.*, turn the accused product on, start percussive therapy, or turn on the cold ring, based on the input data:<br><br> |

| | |
|---|---|
| the body including a skin contacting surface maintainable against skin of a user by a force applied by a hand of the user when gripping the body; and | The accused product includes a body including a skin contacting surface maintainable against skin of a user by a force applied by a hand of the user when gripping the body:  |

| | |
|---|---|
| a first energy generator element and a second energy generator element coupled to the body, | The accused product has a first energy generator element (percussive therapy):<br><br><br><br>and a second energy generator element (cold ring) coupled to the body:<br><br> |

| | |
|---|---|
| the first and second energy generator elements being independently operable to convert electricity from the power source into a first energy type and a second energy type, respectively | The accused product has first and second energy generator elements that are independently operable to convert electricity from the power source into a first energy type and a second energy type, respectively:<br><br>**Getting To Know Your TheraFace PRO Device** <br><br>**A** Power Button<br>　∘ Powers the device ON / OFF<br><br>**B** Percussive Therapy Button<br>　∘ Controls the Percussive Attachement<br><br>**C** Ring Button<br>　∘ Controls the Attachment Ring<br><br>**D** Attachment Ring<br>　∘ Magnetic connection to the device and can be removed by pulling<br>　∘ All the Attachment Rings have only one correct position<br><br>**Using the TheraFace PRO**<br><br>Start by washing your face completely and rinse twice to remove residue. Allow skin to dry completely before starting treatment. Be sure to visit therabody.com for treatment protocols and instructional videos.<br><br>**Note:** The TheraFace PRO device will make a beeping sound every 15 seconds. This will help you track the time within each treatment and will also inform you if a treatment has been disconnected or is completed.<br>• 1 beep = timed feedback every 15 sec so you can time their protocols better<br>• 2 beeps = the LED, Microcurrent, Hot, or Cold treatment has been accidentally disconnected<br>• 3 beeps = the LED, Microcurrent, Hot, or Cold treatment is over<br><br>**A. Percussive Therapy Feature**<br>1. Select and attach the desired percussive therapy attachment<br>2. Once attached to the TheraFace PRO, turn ON the TheraFace PRO device by pressing the Power Button for 2 seconds.<br>3. Turn on the percussive feature by pressing the percussive button once.<br>4. To toggle between the 3 speed options (1750, 2100 and 2400 rpm), press the percussive button again.<br>5. To stop the percussive treatment, press the percussive button a third time.<br><br>**Note:** • Can be combined with the Cold Ring* – *(*Hot and Cold Rings sold separately)*<br>• Cannot be combined with the Microcurrent Ring, Hot Ring, LED Rings and Cleansing Ring<br><br>The Cold attachment ring can be used simultaneously with any percussive attachment for a more customized treatment.<br><br> |

TheraFace PRO with Cold Ring '174 Patent Claim　　　　6

| | |
|---|---|
| and direct the first and second energy types toward an area of skin, | The accused product directs the first and second energy types toward an area of skin:<br><br><br> |

| | |
|---|---|
| the first energy generator element including an impact generator element having a tissue contact surface that is linearly actuatable along an axis to contact and cause corresponding physical movement of the area of skin; | The accused product includes a first energy generator element including an impact generator element having a tissue contact surface that is linearly actuatable along an axis to contact and cause corresponding physical movement of the area of skin:<br><br><br><br>**Using the TheraFace PRO**<br><br>Start by washing your face completely and rinse twice to remove residue. Allow skin to dry completely before starting treatment. Be sure to visit therabody.com for treatment protocols and instructional videos.<br><br>**Note:** The TheraFace PRO device will make a beeping sound every 15 seconds. This will help you track the time within each treatment and will also inform you if a treatment has been disconnected or is completed.<br>• 1 beep = timed feedback every 15 sec so you can time their protocols better<br>• 2 beeps = the LED, Microcurrent, Hot, or Cold treatment has been accidentally disconnected<br>• 3 beeps = the LED, Microcurrent, Hot, or Cold treatment is over<br><br>**A. Percussive Therapy Feature**<br>1. Select and attach the desired percussive therapy attachment<br>2. Once attached to the TheraFace PRO, turn ON the TheraFace PRO device by pressing the Power Button for 2 seconds.<br>3. Turn on the percussive feature by pressing the percussive button once.<br>4. To toggle between the 3 speed options (1750, 2100 and 2400 rpm), press the percussive button again.<br>5. To stop the percussive treatment, press the percussive button a third time.<br><br>**Note:** • Can be combined with the Cold Ring* – *(*Hot and Cold Rings sold separately)*<br>• Cannot be combined with the Microcurrent Ring, Hot Ring, LED Rings and Cleansing Ring<br><br><br><br>PRO tip: the cold attachment can be used with your favorite percussive attachment for ultimate treatment to depuff and relax your facial muscles. |

TheraFace PRO with Cold Ring '174 Patent Claim Chart    8

| | |
|---|---|
| wherein the processing unit is operable to output an optical signal on a display that is observable by eyes of the user, the output corresponding to the control signal. | The accused product has a processing unit that is operable to output an optical signal on a display that is observable by eyes of the user, the output corresponding to the control signal:<br><br> |