# EXHIBIT 4

## Claim Chart – U.S. Patent No. 12,036,174 – Theragun PRO Plus

| U.S. Patent No. 12,036,174 | Theragun PRO Plus |
|---|---|
| 17. A treatment device, comprising: | The accused product is a treatment device: **6TH GENERATION** ★★★★⯪ 68 Reviews  The ultimate multi-therapy device for athletic performance  $599  ✅ HSA \| FSA ACCEPTED ⓘ  **Benefits**                Description  • Relieve pain and reduce tension + soreness • Recover faster • Repair tissue to boost healing • Enhance performance • Improve circulation, mobility + flexibility • Maximize warm-up + reduce injury risk • Prevent soreness from exercise |

| a body provided with a power source and a processing unit | The accused product has a body provided with a power source and a processing unit:  |
| --- | --- |

| configured to receive input data and generate a control signal based on the input data, | The accused product is configured to receive input data from the control buttons and generate a control signal to, *e.g.*, ==turn the accused product on==, ==start percussive therapy==, or ==start heat therapy==, based on the input data: |
| --- | --- |



*See also* Theragun PRO Plus User Manual, at p. 5.

| | |
|---|---|
| the body including a skin contacting surface maintainable against skin of a user by a force applied by a hand of the user when gripping the body; and | The accused product includes a body including a skin contacting surface maintainable against skin of a user by a force applied by a hand of the user when gripping the body:<br><br> |

| a first energy generator element and a second energy generator element coupled to the body, | The accused product has a first energy generator element (*e.g.,* for percussive therapy):  |
|---|---|

|  | and a second energy generator element (*e.g.,* for heat therapy) coupled to the body: <br><br>  <br><br>  **Heat –** For muscles <br> **Loosen up stiff muscles and accelerate recovery.** Use the Heat attachment to loosen up stiff muscles before a workout, or after a workout to accelerate muscle recovery. |
|---|---|

| | |
|---|---|
| the first and second energy generator elements being independently operable to convert electricity from the power source into a first energy type and a second energy type, respectively | The accused product has first and second energy generator elements that are independently operable to convert electricity from the power source into a first energy type and a second energy type, respectively:<br><br><br><br>**Combinable therapies for even better results.** Use each treatment individually or combine them for maximum effectiveness.<br><br>**Therapy Mode**<br>Percussive Therapy Only<br>Percussive Therapy +<br>Infrared LED Light Therapy<br>Percussive Therapy +<br>Heat Therapy<br><br>*See also* Theragun PRO Plus User Manual, at p. 6. |

| | |
|---|---|
| and direct the first and second energy types toward an area of skin, | The accused product directs the first and second energy types toward an area of skin,<br><br><br><br>**Combinable therapies for even better results.** Use each treatment individually or combine them for maximum effectiveness.<br><br>**Therapy Mode**<br><br>Percussive Therapy Only<br><br>Percussive Therapy + Infrared LED Light Therapy<br><br>Percussive Therapy + Heat Therapy<br><br>*See also* Theragun PRO Plus User Manual, at p. 6. |

| | |
|---|---|
| the first energy generator element including an impact generator element having a tissue contact surface that is linearly actuatable along an axis to contact and cause corresponding physical movement of the area of skin; | The accused product includes a first energy generator element including an impact generator element having a tissue contact surface that is linearly actuatable along an axis to contact and cause corresponding physical movement of the area of skin:   |

| wherein the processing unit is operable to output an optical signal on a display that is observable by eyes of the user, the output corresponding to the control signal. | The accused product has a processing unit that is operable to output an optical signal on a display that is observable by eyes of the user, the output corresponding to the control signal:  |
|---|---|