AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with <u>35 U.S.C. § 290</u> and/or <u>15 U.S.C. § 1116</u> you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves <u>35 U.S.C. § 292</u>.):

| DOCKET NO.<br>8:24-cv-02034 | DATE FILED<br>9/19/2024 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>HYPER ICE, INC., a California corporation | | DEFENDANT<br>THERABODY, INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 12,036,174 | 7/16/2024 | DataFeel Inc. is the assignee of the '174 Patent |
| 2 | | | and Hyper Ice, Inc. is an exclusive licensee that has been |
| 3 | | | granted the express, irrevocable right to, inter alia, sublicense, |
| 4 | | | enforce, and defend the '174 Patent. |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| see attached |

| CLERK<br>BRIAN D. KARTH | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>12/23/2024 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:24-cv-02034-JWH(DFMx) | Date | December 20, 2024 |
| Title | *Hyper Ice, Inc. v. Therabody, Inc.* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
| Clarissa Lara | Deborah Parker |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Benjamin A. Herbert | Brett J. Williamson |

**Proceedings:**    **SCHEDULING CONFERENCE**

Counsel state their appearances. The Court confers with counsel. For the reasons stated in open court, it is hereby **ORDERED** as follows:

1. The following claim construction schedule is **SET** with respect to U.S. Patent No. 12,036,174:

| EVENT | DATE |
|---|---|
| Deadline for Disclosure of Asserted Claims and Infringement Contentions | January 13, 2025 |
| Deadline for Invalidity Contentions | March 7, 2025 |
| Deadline for Exchange of Proposed Terms for Construction | March 21, 2025 |
| Deadline for Exchange of Preliminary Claim Constructions and Extrinsic Evidence | April 11, 2025 |
| Deadline for Joint Claim Construction and Prehearing Statement and Expert Reports | May 6, 2025 |

Time:  00:08
Initials of Preparer:  cla

| EVENT | DATE |
|---|---|
| Deadline for Completion of Claim Construction Discovery | May 23, 2025 |
| Deadline for Parties to file Simultaneous Opening Claim Construction Briefs | June 20, 2025 |
| Deadline for Parties to file Simultaneous Responsive Claim Construction Briefs | July 11, 2025 |
| Claim Construction Hearing (in Person) | Tuesday, July 29, 2025, at 10:00 a.m. |

2.  If the parties wish to participate in a settlement conference before the Magistrate Judge or another Judicial Officer, they may contact the Courtroom Deputy Clerk by email at JWH_Chambers@cacd.uscourts.gov.

3.  The Court will issue a separate trial scheduling order after the claim construction process is complete.

4.  The following cases are **CONSOLIDATED** into Case No. 8:24-cv-01472-JWH-DFM for pretrial purposes through the date of the *Markman* hearing: Case Nos. 8:24-cv-02092-JWH-DFM and Case No. 8:24-cv-02034-JWH-DFM.

5.  The clerk is **DIRECTED** to close this case administratively.

6.  Any party may make a motion at any time to sever the cases, for good cause shown.

**IT IS SO ORDERED.**

Time:  00:08
Initials of Preparer:  cla