BRETT J. WILLIAMSON (S.B. #145235)
bwilliamson@omm.com
CAMERON W. WESTIN (S.B. #290999)
cwestin@omm.com
BRADLEY M. BERG (S.B. #300856)
bmberg@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA  92660-6429
Telephone:   (949) 823-6900
Facsimile:    (949) 823-6994

MARC J. PENSABENE (*pro hac vice*)
mpensabene@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th FL
New York, NY 10019
Telephone:   (949) 823-6900
Facsimile:    (949) 823-6994

Attorneys for Defendant
THERABODY, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| HYPER ICE, INC.,<br><br>　　　　Plaintiff and Counterclaim-Defendant,<br><br>　　v.<br><br>THERABODY, INC.,<br><br>　　　　Defendant and Counterclaim-Plaintiff. | Case No. 8:24-cv-02034-MCS (ADSx)<br><br>**NOTICE OF FILING OF POST GRANT REVIEW (PGR) PETITION** |

Defendant Therabody, Inc. ("Therabody") hereby notifies the Court of the following petition for Post Grant Review (PGR), which Therabody filed in the United States Patent and Trademark Appeals Board (PTAB). The PGR challenges the validity of all claims asserted against Therabody in the present action.

| | |
|---|---|
| **PGR No.** | PGR2025-00026 |
| **Filing Date** | January 17, 2025 |
| **Petitioner** | Therabody, Inc. |
| **U.S. Patent No.** | 12,036,174 |
| **Challenged Claims** | 1-19 |

Dated: January 24, 2025

Respectfully submitted,

O'MELVENY & MYERS, LLP

/s/   Brett J. Williamson

BRETT J. WILLIAMSON (S.B. #145235)
bwilliamson@omm.com
CAMERON W. WESTIN (S.B. #290999)
cwestin@omm.com
BRADLEY M. BERG (S.B. #300856)
bmberg@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA  92660-6429
Telephone:   (949) 823-6900
Facsimile:   (949) 823-6994

MARC J. PENSABENE (*pro hac vice*)
mpensabene@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th FL
New York, NY 10019
Telephone:   (949) 823-6900
Facsimile:   (949) 823-6994